**Order entered January 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01061-CR

### DARRELL DEWAYNE SNEED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-60730-Y**

## ORDER

The Court **GRANTS** court reporter Sharina Fowler's January 23, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Fowler to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE